IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYER CORPORATION U.S. ET AL, | No. C 05-03640 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| LODGE MANUFACTURING COMPANY, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 28, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 15, 2006.

DESIGNATION OF EXPERTS: 5/1/06; REBUTTAL: 5/31/06.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 15, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by August 25, 2006;

Opp. Due September 8, 2006; Reply Due September 15, 2006;

and set for hearing no later than September 29, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 31, 2006 at 3:30 PM.

JURY TRIAL DATE: November 13, 2006 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
An ENE session shall be completed prior to the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/17/06

SUSAN ILLSTON
United States District Judge