Charles L. Coleman, III (State Bar No. 65496)
Chung-Han Lee (State Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Plaintiff,
MEYER CORPORATION

Thomas B. Mayhew (State Bar No. 183539)
FARELLA, BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

R. Charles Henn Jr. (*pro hac vice*)
Michael A. Bertelson (*pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Defendant,
LODGE MANUFACTURING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEYER CORPORATION U.S., a Delaware corporation, and MEYER MANUFACTURING COMPANY LIMITED, a Hong Kong company,<br><br>Plaintiffs,<br><br>vs.<br><br>LODGE MANUFACTURING COMPANY, a Tennessee corporation,<br><br>Defendant. | Case No.: No. C 05-03640 SI<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT AND STIPULATION *RE* CONTINUANCE OF CASE MANAGEMENT CONFERENCE FROM JUNE 2, 2006 TO JUNE 23, 2006** |

– 1 –

Plaintiffs and Counterclaim Defendants Meyer Corporation, U.S. ("Meyer") and Meyer Manufacturing Company Limited ("Meyer Manufacturing") (Meyer and Meyer Manufacturing are sometimes referred to collectively as "Plaintiffs") and Defendant and Counterclaim Plaintiff Lodge Manufacturing Company ("Lodge" or "Defendant") hereby submit the following further joint case management statement and stipulation in support of their joint request that the further case management conference in this matter be continued from June 2, 2006 at 2:30 p.m. to June 23, 2006 at 2:30 p.m.:

1. The parties expect that settlement documentation will be completed shortly. The parties therefore request that the case management conference be continued from June 2 to June 23 at 9:00 a.m.

Undersigned counsel have presented this request telephonically to the courtroom deputy and understand that their attendance on June 2, 2006 will be excused provided they file this Stipulation.

**IT IS SO STIPULATED** this 1st day of June, 2006.

Respectfully submitted,

HOLLAND & KNIGHT LLP                FARELLA BRAUN & MARTEL LLP

_/s/ Charles L. Coleman, III_        _/s/ Thomas B. Mayhew_

Charles L. Coleman, III (SBN65496)   Thomas B. Mayhew (SBN 183539)

Attorneys for Plaintiffs/Counterdefendants   Attorneys for Defendants/Counterclaimant
MEYER CORPORATION U.S. and                   LODGE MANUFACTURING COMPANY
MEYER MANUFACTURING CO., LTD.

# 3822910_v2



IT IS SO ORDERED
Judge Susan Illston

— 2 —

FURTHER JOINT CMC AND STIPULATION                              Case No. C-05-03640 SI

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

Plaintiffs and Counterclaim Defendants Meyer Corporation, U.S. ("Meyer") and Meyer Manufacturing Company Limited ("Meyer Manufacturing") (Meyer and Meyer Manufacturing are sometimes referred to collectively as "Plaintiffs") and Defendant and Counterclaim Plaintiff Lodge Manufacturing Company ("Lodge" or "Defendant") hereby submit the following further joint case management statement and stipulation in support of their joint request that the further case management conference in this matter be continued from June 2, 2006 at 2:30 p.m. to June 23, 2006 at 2:30 p.m.:

1. The parties expect that settlement documentation will be completed shortly. The parties therefore request that the case management conference be continued from June 2 to June 23 at 9:00 a.m.

Undersigned counsel have presented this request telephonically to the courtroom deputy and understand that their attendance on June 2, 2006 will be excused provided they file this Stipulation.

**IT IS SO STIPULATED** this 1st day of June, 2006.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Charles L. Coleman, III

Charles L. Coleman, III (SBN65496)

Attorneys for Plaintiffs/Counterdefendants
MEYER CORPORATION U.S. and
MEYER MANUFACTURING CO., LTD.

# 3822910_v2

FARELLA BRAUN & MARTEL LLP

/s/ Thomas B. Mayhew

Thomas B. Mayhew (SBN 183539)

Attorneys for Defendants/Counterclaimant
LODGE MANUFACTURING COMPANY



IT IS SO ORDERED
Judge Susan Illston

— 2 —

FURTHER JOINT CMC AND STIPULATION — Case No. C-05-03640 SI

Holland & Knight LLP, 50 California Street, 28th Floor, San Francisco, CA 94111, Tel: (415) 743-6900, Fax: (415) 743-6910