Charles L. Coleman, III (State Bar No. 65496)
Chung-Han Lee (State Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Plaintiffs
MEYER CORPORATION and
MEYER MANUFACTURING CO., LTD.

Thomas B. Mayhew (State Bar No. 183539)
FARELLA, BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

R. Charles Henn Jr. (*pro hac vice*)
Michael A. Bertelson (*pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Defendant,
LODGE MANUFACTURING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEYER CORPORATION U.S., a Delaware corporation, and MEYER MANUFACTURING COMPANY LIMITED, a Hong Kong company,<br><br>Plaintiffs,<br><br>vs.<br><br>LODGE MANUFACTURING COMPANY, a Tennessee corporation,<br><br>Defendant. | Case No. C 05-03640 SI<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to FED. R. CIV. PROC. 41(a)(1) and the parties Settlement Agreement and Release.

Respectfully submitted,

| HOLLAND & KNIGHT LLP | KILPATRICK & STOCKTON |
| --- | --- |
| | FARELLA BRAUN & MARTEL LLP |
| /s/ Charles L. Coleman, III (SBN65496) | /s/ R. Charles Henn Jr. (*pro hac vice*) |
| | Michael A. Bertelson (*pro hac vice*) |
| | Thomas B. Mayhew (SBN 183539) |
| Attorneys for Plaintiffs/Counterdefendants | Attorneys for Defendants/Counterclaimant |
| MEYER CORPORATION U.S. and | LODGE MANUFACTURING COMPANY |
| MEYER MANUFACTURING CO., LTD. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE

# 3937101_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910